NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

LEE MEMORIAL HEALTH SYSTEM,   )
   )
         Appellant,   )
   )
v.   )   Case No. 2D15-2119
   )
GEICO GENERAL INSURANCE CO.   )
and ALLSTATE INSURANCE CO.,   )
   )
         Appellees.   )
_____)

Opinion filed July 17, 2019.

Appeal from the Circuit Court for Lee
County; Keith R. Kyle, Judge.

Hala Sandridge of Buchanan Ingersoll &
Rooney PC, Tampa, for Appellant.

Angela C. Flowers of Kubicki Draper,
Ocala, for Appellee Geico Insurance Co.

John P. Joy and Sara M. Sandler of
Walton Lantaff Schroeder & Carson LLP,
Fort Lauderdale, for Appellee Allstate
Insurance Co.


PER CURIAM.


        Affirmed.


NORTHCUTT, SLEET, and BADALAMENTI, JJ., Concur.